No. 287. GRIFFIN ET AL. *v.* MARYLAND. Court of Appeals of Maryland. Certiorari granted. *Joseph L. Rauh, Jr., John Silard, Thurgood Marshall, Jack Greenberg* and *James M. Nabrit III* for petitioners. *Thomas B. Finan,* Attorney General of Maryland, and *Clayton A. Dietrich,* Assistant Attorney General, for respondent.

No. 638. LOMBARD ET AL. *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari granted. Petitioners *pro se. Jack P. F. Gremillion,* Attorney General of Louisiana, *M. E. Culligan,* Assistant Attorney General, *Richard A. Dowling* and *J. David McNeill* for respondent.

No. 750. PETERSON ET AL. *v.* CITY OF GREENVILLE. Supreme Court of South Carolina. Certiorari granted. *Jack Greenberg, Constance Baker Motley, James M. Nabrit III, Matthew J. Perry, Lincoln C. Jenkins, Jr.* and *Willie T. Smith* for petitioners. *Thomas A. Wofford* and *Theodore A. Snyder, Jr.* for respondent.

No. 729. WRIGHT ET AL. *v.* GEORGIA. Supreme Court of Georgia. Certiorari granted. *Jack Greenberg* and *Constance Baker Motley* for petitioners. *Eugene Cook,* Attorney General of Georgia, *G. Hughel Harrison,* Assistant Attorney General, *Andrew J. Ryan, Jr.,* Solicitor General, and *Sylvan A. Garfunkel,* Assistant Solicitor General, for respondent.

No. 817, Misc. DRAPER ET AL. *v.* WASHINGTON ET AL. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Washington granted. Case transferred to the appellate docket.